UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James Castle,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Phillips & Associates, P.C.; Phillips & Associates Law Offices, P.C.; Phillips & Associates Injury Law Offices, P.C.; Phillips & Associates Bankruptcy Law Center, P.C.; Jeffrey Phillips and Traci Phillips; and Phil Jackson,<br><br>　　　　Defendants. | No. 2:08-CV-00798-PHX-NVW<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS ALL CLAIMS WITH PREJUDICE** |

　　　　Pursuant to the parties' Joint Motion to Approve Settlement and Dismiss All Claims With Prejudice ("Joint Motion"), and good cause appearing,

　　　　**IT IS ORDERED** that the Joint Motion is granted. The Court finds that the settlement agreement attached as Exhibit A to the Joint Motion is a fair and reasonable resolution of a bona fide dispute over wages owed pursuant to the Fair Labor Standards Act and the Arizona Wage Act, and accordingly, the settlement agreement is approved.

　　　　**IT IS FURTHER ORDERED** that all claims in this action are dismissed with prejudice.

　　　　Dated this 16th day of January, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　United States District Judge